IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:15-CV-00016-GCM

| | |
|---|---|
| SYLVIA JACKSON, | ) |
| **Plaintiffs,** | ) |
| v. | ) **ORDER** |
| CAROLYN W. COLVIN, | ) |
| **Defendants.** | ) |

**THIS MATTER** is before the Court on Defendant Commissioner's Motion to Dismiss for Lack of Jurisdiction. (Doc. No. 8) Plaintiff filed a complaint in this Court on January 12, 2015. (Doc. No. 1) Defendant filed a Motion to Dismiss on March 9, 2015. (Doc. No. 8) In her Memorandum in Support, the Commissioner explained that the subject of Plaintiff's complaint is already a pending case in this Court. (*See* Doc. No. 9; *Jackson v. Astrue*, 3:09-cv-193-RJC-DCK). The Court's review of the docket in that case confirms the government's explanation. (*Jackson v. Astrue*, 3:09-cv-193-RJC-DCK, Doc. No. 38, 40) Moreover, Plaintiff, proceeding *pro se*, appears not to contest the government's motion. (Doc. No. 10) Therefore, it appears to the Court that it lacks subject matter jurisdiction over Plaintiff's complaint. Defendant's Motion to Dismiss is hereby **GRANTED.**

**SO ORDERED.**

Signed: November 30, 2015

Graham C. Mullen
United States District Judge